[Crim. No. 1691. In Bank.—October 17, 1911.]

In the Matter of the Application of JOHN SMITH for a Writ of Habeas Corpus.

CRIMINAL LAW—HABEAS CORPUS—COLLATERAL ATTACK ON JUDGMENT OF CONVICTION AFTER AFFIRMANCE ON APPEAL.—A judgment of conviction of the crime of robbery, after its affirmance on appeal, cannot be collaterally attacked on *habeas corpus,* for grounds which were reviewable on that appeal, even though they were not mentioned in the decision thereof.

APPLICATION for a Writ of Habeas Corpus directed to the Warden of the State Prison at Folsom.

The facts are stated in the opinion of the court.

John Smith, Petitioner *in pro. per.*

THE COURT.—*Habeas corpus.*

The petitioner is detained by the warden of Folsom prison under a commitment showing his conviction of the crime of robbery. He claims that his detention is unlawful for reasons affecting the judgment of the superior court. His petition, framed by himself, is very meager, but shows with sufficient certainty that he is the same John Smith who was convicted of robbery in June, 1906, in the superior court of San Francisco, and whose conviction was affirmed by the district court of appeal in October, 1908. (9 Cal. App. 224, [98 Pac. 546].) Every ground of his present petition was reviewable on that appeal, but they were not mentioned in the decision, and they cannot now be urged in a collateral attack upon the judgment.

Writ denied.